UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-23734-CIV-ALTONAGA/Goodman

**ANNETTE DOUGLAS**,

    Plaintiff,
vs.

**CARNIVAL CORPORATION**,

    Defendant.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

**THIS CAUSE** came before the Court on Carnival Corporation's Unopposed Motion for Stay, filed on March 25, 2020 [ECF No. 21]. Defendant seeks a stay of this matter because of Coronavirus-related travel and meeting restrictions; Plaintiff does not oppose the Motion. (*See generally id.*). Given the inability to proceed with the orderly progress of the case due to the uncertainty regarding the duration of the restrictions, and to conserve the parties' and judicial resources, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only. All motions are denied as moot. The Court nonetheless retains jurisdiction, and the case shall be restored to the active docket upon court order following motion of the parties (with an accompanying proposed scheduling report) advising they are prepared to proceed. This Order shall not prejudice the rights of the parties to this litigation.

**DONE AND ORDERED** in Miami, Florida, this 26th day of March, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record